DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ODDIS OMAR REYESVALLADARES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1918

[February 25, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502015CF004725AXXXMB.

Oddis Omar Reyesvalladares, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KLINGENSMITH and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***